JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TUAN THANH TRAN,

    Petitioner,

  v.

NEIL MCDOWELL, Warden,

    Respondent.

Case No. 8:19-cv-00472-TJH-MAA

**JUDGMENT**

  Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  MARCH 1, 2021

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE